■ In the Matter of ELSIE J. SMITH, Appellant, v LUM SMITH, Respondent. (Appeal No. 2.) [595 NYS2d 356] —Order unanimously reversed on the law and facts with costs and judgment ordered in accordance with same Memorandum as in *Matter of Smith v Smith* ([appeal No. 1] 191 AD2d 1007 [decided herewith]). (Appeal from Order of Erie County Family Court, LoRusso, J.—Maintenance.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.